UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 10-41-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| DEREK ALBERT CAPOZZI, | ) | |
| | ) | **OPINION** |
| Defendant. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

Defendant Capozzi has filed a Notice of Appeal [DE 101], dated December 1, 2010. This Court is divested of jurisdiction to act with respect to matters related to the merits of his appeal during its pendency. *Fort Gratiot Sanitary Landfill, Inc. v. Mich. Dep't of Natural Res.*, 71 F.3d 1197, 1203 (6th Cir. 1995). Because of the nature of the issues raised in Defendant's interlocutory appeal, the possibility of a jury trial is foreclosed until such time as the matter on appeal is decided.

Accordingly, **IT IS ORDERED** that the jury trial set in this matter on December 21, 2010, is **CONTINUED GENERALLY**. The time period while this matter is on appeal is considered excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C).

This the 1st day of December, 2010.



**Signed By:**

*Joseph M. Hood*
**United States Senior Judge**